JS-6

Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff
Jonathan Archie

Abraham J. Colman (SBN 146933)
Email:  acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:  +1 213 457 8080

Attorneys for Defendant Midland Credit
Management, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ARCHIE, | No.: CV12-03174 SH |
| Plaintiff, | **STIPULATION TO DISMISS PLAINTIFF JONATHAN ARCHIE'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1-10, inclusive, | FRCP 41(a)(1)(A)(ii) |
| Defendant. | Compl. Filed:        April 11, 2012 |
| | Honorable Stephen J. Hillman |

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the plaintiff, JONATHAN ARCHIE and defendant, MIDLAND CREDIT MANAGEMENT, INC., by and through its attorneys of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety and without costs to any party pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED: July 24, 2012

REED SMITH LLP

By___/s/ Judith T. Sethna_____
Judith T. Sethna
Attorney for Defendant
Midland Credit Management, Inc.

DATED:  July 24, 2012

Lemberg & Associates LLC

By___/s/ Tammy Hussin_____
Tammy Hussin
Attorney for Plaintiff
Jonathan Archie

IT IS SO ORDERED.

DATED: 7/25/12

UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE